================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------
No. 107  SSM 15
Ronald J. Papa et al., &c.,
            Appellants,
        v.
Associated Indemnity Corporation,
            Respondent,
et al.,
            Defendant.

            Submitted by Elizabeth A. Kraengel, for appellants.
            Submitted by Steven E. Peiper, for respondent
Associated Indemnity Corporation.
            Submitted by Sean W. Costello, for respondent D&D
Power, Inc.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules,
order, insofar as appealed from, affirmed, with costs.  The
Appellate Division properly concluded that the insurance policy's
water damage exclusion and endorsement apply under these
circumstances.  Chief Judge DiFiore and Judges Rivera, Stein,
Fahey, Garcia and Wilson concur.  Judge Feinman took no part.

Decided June 22, 2017